**Terry A. HENDRICKS, Plaintiff–Appellant,**

v.

**B. Thomas REID, Lawyer, Defendant–Appellee.**

No. 04–7389.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2004.

Decided: Dec. 1, 2004.

Terry A. Hendricks, Appellant pro se.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry A. Hendricks appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A (2000) for failure to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hendricks v. Reid,* No. CA–04–465–2 (E.D.Va. Aug. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*